# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: NORD, DENNIS L.  §  Case No. 08-73293
  §
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/11/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/08/2012        By:  /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: NORD, DENNIS L.                                  §   Case No. 08-73293
                                                        §
                                                        §
Debtor(s)                                               §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 12,828.11 |
| *and approved disbursements of* | $ 2,152.98 |
| *leaving a balance on hand of* [1] | $ 10,675.13 |
| **Balance on hand:** | $ 10,675.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | Douglas D. Meyers | 379,423.01 | 0.00 | 0.00 | 0.00 |
| 10 | Alpine Bank & Trust Co. | 41,128.19 | 0.00 | 0.00 | 0.00 |
| 11 | Alpine Bank & Trust Co. | 41,128.19 | 0.00 | 0.00 | 0.00 |
| 12 | Alpine Bank & Trust Co. | 27,039.21 | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,675.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,492.89 | 0.00 | 1,492.89 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 8,459.72 | 0.00 | 8,459.72 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 72.52 | 0.00 | 72.52 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,025.13 |
| Remaining balance: | $ 650.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $       650.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $650.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Office of the United States Trustee | 650.00 | 0.00 | 650.00 |

Total to be paid for priority claims:   $       650.00
Remaining balance:   $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 591,282.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA Card Services, N.A. | 28,571.37 | 0.00 | 0.00 |
| 2 | Capital One Bank USA NA | 1,758.64 | 0.00 | 0.00 |
| 4 | Discover Bank | 14,720.88 | 0.00 | 0.00 |
| 5 | Liberty Mutual Insurance Company | 14,366.00 | 0.00 | 0.00 |
| 6 | Asset Acceptance LLC | 339.28 | 0.00 | 0.00 |
| 7 | Asset Acceptance LLC | 37.22 | 0.00 | 0.00 |
| 8 | Asset Acceptance LLC | 233.90 | 0.00 | 0.00 |
| 9 | Bank of America, N. A, | 1,801.69 | 0.00 | 0.00 |
| 13 -2 | Republic Credit One, L.P. | 320,465.57 | 0.00 | 0.00 |
| 14 | eCAST Settlement Corporation | 4,334.60 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 15 | eCAST Settlement Corp | 4,922.34 | 0.00 | 0.00 |
| 17 | Roundup Funding, LLC | 3,388.86 | 0.00 | 0.00 |
| 18 | Shaw Suburban Media | 649.12 | 0.00 | 0.00 |
| 19 | The Poplar Grove State Bank | 193,762.62 | 0.00 | 0.00 |
| 20 | PYOD LLC as assignee of Citibank | 1,930.42 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $      0.00
Remaining balance:   $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $      0.00
Remaining balance:   $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $      0.00
Remaining balance:   $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 08-73293-MB
Dennis L. Nord                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: cshabez           Page 1 of 3           Date Rcvd: May 18, 2012
                               Form ID: pdf006         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2012.
```
db          +Dennis L. Nord,    11952 Pony Lane,    Belvidere, IL 61008-9685
aty         +Scott E Hillison,    6833 Stalter Drive Ste 201,    Rockford, IL 61108-2582
13530197    +Alpine Bank & Trust Co.,    P.O. Box 6086,    Rockford, IL 61125-1086
12708728     American TV,    P.O. Box 659705,    San Antonio, TX 78265-9705
12708729     Bank Of America Business Card,    P.O. Box 15710,    Wilmington, DE 19886-5710
13051999    +Bank of America, N. A,,    Attn: Mr. M-BK,    1000 Samoset Drive,    DE5-023-03-03,
              Newark, DE 19713-6000
12814708    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
              PO BOX 5155,    NORCROSS, GA  30091)
15023060    +Candlewick lake Association,    13400 Route 76,    Poplar Grove IL 61065-8814
12708730    +Capital One Bank,    P.O. Box 5294,    Carol Stream, IL 60197-5294
12708732    +Douglas D. Meyers,    % Arthur G. Kielty, Esq.,    2902 McFarland Road, Suite 400,
              Rockford, IL 61107-6801
15281110    +FDIC As Receiver For Platinum Community Bank FSB,    1601 Bryan Street,    Dallas, Texas 75201-3479
12755250    +FIA Card Services, N.A.,    Attn: Mr. BK,    1000 Samoset Dr.,    DE5-023-03-03,
              Newark, DE 19713-6000
12708733     Fidelity Investment Card Services,    P.O. Box 15726,    Wilmington, DE 19886-5726
13627366    +HSBC Bank Nevada, N.A.,    (Menards),    eCAST Settlement Corporation,    Bass & Associates,P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
12708734     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
12708735    +Liberty Mutual Insurance Company,    % McMahan & Sigunick, Ltd.,    412 S. Wells St. 6th Floor,
              Chicago, IL 60607-3972
12708736     Menards,    HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL  60197-5219
12708726    +Nord Dennis L,    11952 Pony Lane,    Belvidere, IL 61008-9685
15035003    +Office of the United States Trustee,    780 Regent Street, Suite 304,    Madison, WI 53715-2635
12708737    +Platinum Community Bank FSB,    % Francis J. Pendergast, III,    350 N. LaSalle Street, Suite 900,
              Chicago, IL 60654-5136
13556395    +Platinum Community Bank FSB,    c/o Michael Linsner, President,    2915 W. Kirchoff Road,
              Rolling Meadows, Illinois 60008-1816
15858132    +Republic Credit One, L.P.,    3214 W. Park Row Drive,    Arlington, TX 76013-3136
12708738     Retail Services,    P.O. Box 17602,    Baltimore, MD  21297-1602
12708727    +Schirger Monteleone &,    Hampilos PC,    308 West State St Suite 210,    Rockford, IL 61101-1140
15023063     Shaw Suburban Media,    7717 South Route 31,    Crystal Lake IL 60014
12708739    +The Poplar Grove State Bank,    % Paul S. Godlewski, Esq.,    One Court Place, Suite 103,
              Rockford, IL 61101-1088
15023064    +Transworld Systems Inc,    Collection Agency,    100 East Kimberly Road #302,
              Davenport IA 52806-5943
13627373    +eCAST Settlement Corp,    Assignee of HSBC Bank Nevada,    (Menards),    Bass & Associates,P.C.,
              3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15023058    +E-mail/Text: bankrup@nicor.com May 19 2012 00:15:48     (NICOR) Northern Illinois Gas,
              Attention Bankruptcy & Collections,    PO Box 549,    Aurora IL 60507-0549
12965147    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 19 2012 00:16:42     ASSET ACCEPTANCE LLC,
              ASSIGNEE/NICOR,    P O BOX 2036,    WARREN MI 48090-2036
12965124    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 19 2012 00:16:42     ASSET ACCEPTANCE LLC,
              ASSIGNEE/ARROW,    P O BOX 2036,    WARREN MI 48090-2036
15023061     E-mail/Text: legalcollections@comed.com May 19 2012 00:17:43     ComEd,    POB 6111,
              Carol Stream IL 60197-6111
15023059    +E-mail/Text: legalcollections@comed.com May 19 2012 00:17:43     ComEd Company,
              Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
12708731     E-mail/PDF: mrdiscen@discoverfinancial.com May 19 2012 01:55:22      Discover Card,
              P.O. Box 30395,    Salt Lake City, UT  84130-0395
12865607     E-mail/PDF: mrdiscen@discoverfinancial.com May 19 2012 01:55:22
              Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12939963    +E-mail/PDF: rmscedi@recoverycorp.com May 19 2012 02:00:15      GE Money Bank,
              Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
              Attn: Ramesh Singh
15023062    +E-mail/Text: bankrup@nicor.com May 19 2012 00:15:48     Nicor Gas,    POB 0632,
              Aurora IL 60507-0632
15336633    +E-mail/Text: resurgentbknotifications@resurgent.com May 19 2012 00:15:28
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15075438     E-mail/Text: resurgentbknotifications@resurgent.com May 19 2012 00:15:28       Roundup Funding, LLC,
              MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 11
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3           User: cshabez              Page 2 of 3                   Date Rcvd: May 18, 2012
                               Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: May 18, 2012
                              Form ID: pdf006           Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2012 at the address(es) listed below:
         Andrew E Houha    on behalf of Creditor   Alpine Bank & Trust Co. andrew@johnsonblumberg.com,
          rocio@johnsonblumberg.com
         Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
         Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
         Carole J. Ryczek    on behalf of U.S. Trustee Patrick Layng carole.ryczek@usdoj.gov
         Francis J. Pendergast    on behalf of Creditor   Platinum Community Bank FSB
          fpendergast@crowleylamb.com
         George P Hampilos    on behalf of Debtor Dennis Nord georgehamp@aol.com, kris@hampilos-langley.com
         James E Stevens    on behalf of Creditor   Alpine Bank & Trust Co. jimstevens@bslbv.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Paul S. Godlewski    on behalf of Creditor   The Poplar Grove State Bank psglegal@aol.com
                                                                                                                                     TOTAL: 9