**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: NORD, DENNIS L.                                        § Case No. 08-73293
                                                              §
                                                              §
Debtor(s)                                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $2,992,010.00                      Assets Exempt:  $81,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $650.00              Claims Discharged
                                                      Without Payment: $591,282.51

Total Expenses of Administration: $12,178.11

---

   3)  Total gross receipts of $    12,828.11    (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $         0.00    (see **Exhibit 2**), yielded net receipts of $12,828.11
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,654,636.32 | $488,718.60 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,716.81 | 12,178.11 | 12,178.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 650.00 | 650.00 | 650.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 591,282.51 | 591,282.51 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,654,636.32 | $1,094,367.92 | $604,110.62 | $12,828.11 |

4) This case was originally filed under Chapter 7 on October 14, 2008. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2012          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rents Due from January - June 2010 | 1222-000 | 4,000.00 |
| Current Rents from 405 N State St Belvidere | 1222-000 | 8,826.77 |
| Interest Income | 1270-000 | 1.34 |
| **TOTAL GROSS RECEIPTS** | | **$12,828.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Douglas D. Meyers | 4110-000 | 135,000.00 | 379,423.01 | 0.00 | 0.00 |
| 10 | Alpine Bank & Trust Co. | 4110-000 | N/A | 41,128.19 | 0.00 | 0.00 |
| 11 | Alpine Bank & Trust Co. | 4110-000 | N/A | 41,128.19 | 0.00 | 0.00 |
| 12 | Alpine Bank & Trust Co. | 4110-000 | N/A | 27,039.21 | 0.00 | 0.00 |
| NOTFILED | Amcore Bank N.A. | 4110-000 | 8,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Belvidere State Bank | 4110-000 | 45,372.00 | N/A | N/A | 0.00 |
| NOTFILED | Belvidere State Bank | 4110-000 | 78,247.00 | N/A | N/A | 0.00 |
| NOTFILED | The Poplar Grove State Bank | 4110-000 | 58,491.00 | N/A | N/A | 0.00 |
| NOTFILED | The Poplar Grove State Bank | 4110-000 | 53,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Poplar Grove State Bank % Paul S. Godlewski, Esq. | 4110-000 | 737,689.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Blackhawk Bank | 4110-000 | 140,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Poplar Grove State Bank % Paul S. Godlewski, Esq. | 4110-000 | 274,338.32 | N/A | N/A | 0.00 |
| NOTFILED | Belvidere State Bank | 4110-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Belvidere State Bank | 4110-000 | 88,899.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,654,636.32** | **$488,718.60** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 72.52 | 72.52 | 72.52 |
| WIPFLI LLP | 3410-000 | N/A | 1,610.50 | 1,610.50 | 1,610.50 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 9,458.50 | 8,459.72 | 8,459.72 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,032.81 | 1,492.89 | 1,492.89 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | N/A | 182.00 | 182.00 | 182.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | N/A | 86.00 | 86.00 | 86.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 12.13 | 12.13 | 12.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 24.58 | 24.58 | 24.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.91 | 28.91 | 28.91 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.22 | 26.22 | 26.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.30 | 25.30 | 25.30 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.85 | 27.85 | 27.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.05 | 26.05 | 26.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.66 | 27.66 | 27.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.01 | 25.01 | 25.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.77 | 25.77 | 25.77 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$13,716.81** | **$12,178.11** | **$12,178.11** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Office of the United States Trustee | 5800-000 | N/A | 650.00 | 650.00 | 650.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $650.00 | $650.00 | $650.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA Card Services, N.A. | 7100-000 | N/A | 28,571.37 | 28,571.37 | 0.00 |
| 2 | Capital One Bank USA NA | 7100-000 | N/A | 1,758.64 | 1,758.64 | 0.00 |
| 4 | Discover Bank | 7100-000 | N/A | 14,720.88 | 14,720.88 | 0.00 |
| 5 | Liberty Mutual Insurance Company | 7100-000 | N/A | 14,366.00 | 14,366.00 | 0.00 |
| 6 | Asset Acceptance LLC | 7100-000 | N/A | 339.28 | 339.28 | 0.00 |
| 7 | Asset Acceptance LLC | 7100-000 | N/A | 37.22 | 37.22 | 0.00 |
| 8 | Asset Acceptance LLC | 7100-000 | N/A | 233.90 | 233.90 | 0.00 |
| 9 | Bank of America, N. A, | 7100-000 | N/A | 1,801.69 | 1,801.69 | 0.00 |
| 13 -2 | Republic Credit One, L.P. | 7100-000 | N/A | 320,465.57 | 320,465.57 | 0.00 |
| 14 | eCAST Settlement Corporation | 7100-000 | N/A | 4,334.60 | 4,334.60 | 0.00 |
| 15 | eCAST Settlement Corp | 7100-000 | N/A | 4,922.34 | 4,922.34 | 0.00 |
| 17 | Roundup Funding, LLC | 7100-000 | N/A | 3,388.86 | 3,388.86 | 0.00 |
| 18 | Shaw Suburban Media | 7100-000 | N/A | 649.12 | 649.12 | 0.00 |
| 19 | The Poplar Grove State Bank | 7100-000 | N/A | 193,762.62 | 193,762.62 | 0.00 |
| 20 | PYOD LLC as assignee of Citibank | 7100-000 | N/A | 1,930.42 | 1,930.42 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $591,282.51 | $591,282.51 | $0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73293  **Trustee:** (330370)  BERNARD J. NATALE
**Case Name:** NORD, DENNIS L.  **Filed (f) or Converted (c):** 12/11/09 (c)
 **§341(a) Meeting Date:** 01/21/10
**Period Ending:** 07/23/12  **Claims Bar Date:** 05/04/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  11952 Pony Lane (Personal, Belvidere, IL 61008 | 275,000.00 | 44,635.56 | OA | 0.00 | FA |
| 2  140 & 150 N. Wooster 4 - Ranches @ $129,000 = $5 Order Entered 3/17/10 to Abandon. | 1,191,000.00 | 453,311.00 | OA | 0.00 | FA |
| 3  17 Acres on Olson Road, Caledonia, ms03-32-3 | 700,000.00 | 0.00 | OA | 0.00 | FA |
| 4  Candlewick | 25,000.00 | 25,000.00 | OA | 0.00 | FA |
| 5  405 N. State, Belvidere, IL | 135,000.00 | 23,409.00 | OA | 0.00 | FA |
| 6  515 E. Hurlbut, Belvidere, Il | 100,000.00 | 12,509.00 | OA | 0.00 | FA |
| 7  809 Berlyn, Belvidere, Illinois | 110,000.00 | 0.00 | OA | 0.00 | FA |
| 8  509 Caswell, Belvidere, Illinois | 135,000.00 | 1,101.00 | OA | 0.00 | FA |
| 9  1447 Main, Belvidere, Illinois | 90,000.00 | 9,500.00 | OA | 0.00 | FA |
| 10  108 E. Third St., Belvidere, Ill  Order Entered 3/17/10 to Abandon. | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 11  Checking Account. Poplar Grove State Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| 12  accounts, certificates of deposit or Checking Ac | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13  companies, landlords, and | 0.00 | 0.00 | DA | 0.00 | FA |
| 14  household furnishings. | 2,500.00 | 110.00 | DA | 0.00 | FA |
| 15  stamp, coin, record, tape, disc, and other colle | 0.00 | 0.00 | DA | 0.00 | FA |
| 16  wearing apparel. | 400.00 | 0.00 | DA | 0.00 | FA |
| 17  Miscellaneous jewelry. | 100.00 | 100.00 | DA | 0.00 | FA |
| 18  IRA @ TD Ameritrade defined in 26 U.S.C. 530(b | 59,000.00 | 0.00 | DA | 0.00 | FA |
| 19  Best Built Custom Homes, Inc. (50%) other pensio | 0.00 | 0.00 | DA | 0.00 | FA |
| 20  NT Properties 50/50 with Wayne Taylor and uninco | 0.00 | 0.00 | DA | 0.00 | FA |
| 21  Rent due from miscellaneous tenants. | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 22  1980 Kawasaki | 200.00 | 0.00 | DA | 0.00 | FA |
| 23  2007 Chevy Pickup | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 24  2004 Toyota Camry | 4,000.00 | 2,900.00 | DA | 0.00 | FA |
| 25  Miscellaneous office equipment | 200.00 | 200.00 | DA | 0.00 | FA |
| 26  Tools of the Trade | 1,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73293　　　　　　　　　　　　　　**Trustee:**　　(330370)　　BERNARD J. NATALE
**Case Name:**　　NORD, DENNIS L.　　　　　　　　　**Filed (f) or Converted (c):** 12/11/09 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　　01/21/10
**Period Ending:** 07/23/12　　　　　　　　　　　　　　**Claims Bar Date:**　　05/04/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 27 | Rents Due from January - June 2010 (u) | Unknown | N/A | | 4,000.00 | FA |
| 28 | Current Rents from 405 N State St Belvidere (u) | Unknown | N/A | | 8,826.77 | FA |
| 29 | Cash on Hand | 10.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.34 | FA |
| 30 | **Assets　Totals** (Excluding unknown values) | **$2,992,010.00** | **$574,775.56** | | **$12,828.11** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　　TRUSTEE'S ACCOUTANTS PREPARING TAX RETURNS.  DIFFICULTIES DUE TO LACK OF RECORDS FROM DEBTOR.

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2012　　　　**Current Projected Date Of Final Report (TFR):**　　May 8, 2012  (Actual)

Page: 1

## Form 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-73293  
**Case Name:** NORD, DENNIS L.  
**Taxpayer ID #:** **-***7547  
**Period Ending:** 07/23/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | {27} | Dennis Nord | Pymt for Rents Due from January - June 2010 | 1222-000 | 1,350.00 | | 1,350.00 |
| 08/23/10 | {27} | Dennis Nord | Pymt for Rents Due January - June 2010 | 1222-000 | 600.00 | | 1,950.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.07 | | 1,950.07 |
| 09/08/10 | {27} | Dennis Nord | Pymt for Rents Due January - June 2010 | 1222-000 | 700.00 | | 2,650.07 |
| 09/08/10 | {27} | Dennis Nord | Pymt for Rents Due January - June 2010 | 1222-000 | 650.00 | | 3,300.07 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,300.08 |
| 10/06/10 | {27} | Dennis Nord | Pymt for Rents Due January - June 2010 | 1222-000 | 650.00 | | 3,950.08 |
| 10/08/10 | | Dennis Nord | Rent Payments | | 750.00 | | 4,700.08 |
| | {27} | | Pymt for Rents Due       50.00<br>January - June 2010 | 1222-000 | | | 4,700.08 |
| | {28} | | Pymt from Sept Rents      700.00<br>from State St Property | 1222-000 | | | 4,700.08 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,700.11 |
| 11/03/10 | {28} | Dennis Nord | Pymt from Nov Rents from State St Property | 1222-000 | 1,350.00 | | 6,050.11 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,050.15 |
| 12/06/10 | {28} | Dennis Nord | Pymt from Sept Rents from State St Property<br>Upper $600 and Lower $750 | 1222-000 | 1,350.00 | | 7,400.15 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,400.21 |
| 01/05/11 | {28} | Dennis Nord | Pymt from Jan Rents from State St Property | 1222-000 | 1,350.00 | | 8,750.21 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,750.28 |
| 02/09/11 | {28} | Dennis Nord | Pymt from Sept Rents from State St Property<br>Feb Rent | 1222-000 | 1,120.47 | | 9,870.75 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,870.82 |
| 03/07/11 | {28} | Dennis Nord | Pymt from Sept Rents from State St Property<br>March  Lower Apt $750 and Upper Apt $600<br>Less $41.40 Ins | 1222-000 | 1,308.60 | | 11,179.42 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,179.51 |
| 04/20/11 | {28} | Dennis Nord | Pymt from Sept Rents from State St Property<br>April | 1222-000 | 1,127.16 | | 12,306.67 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,306.76 |
| 05/18/11 | {28} | Dennis Nord | Pymt from Sept Rents from State St Property<br>Upper Apt Only - Lower Vacant | 1222-000 | 520.54 | | 12,827.30 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,827.39 |
| 06/02/11 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 06/01/2011 FOR CASE<br>#08-73293, BOND #016018067 | 2300-000 | | 12.13 | 12,815.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,815.35 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,815.44 |

Subtotals :    $12,827.57    $12.13

{} Asset reference(s)

Printed: 07/23/2012 04:08 PM    V.13.03

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-73293 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | NORD, DENNIS L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***7547 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 07/23/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 24.58 | 12,790.86 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,790.95 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.79 | 12,761.16 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.88 | 12,762.04 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,762.13 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.22 | 12,735.91 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,736.00 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.30 | 12,710.70 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,710.79 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.85 | 12,682.94 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,683.03 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.05 | 12,656.98 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,657.07 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.66 | 12,629.41 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.01 | 12,604.40 |
| 03/14/12 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 38-6927547   2010 STATE INCOME TAXES | 2810-000 | | 182.00 | 12,422.40 |
| 03/14/12 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 38-6927547   STATE TAXES 2011 | 2810-000 | | 86.00 | 12,336.40 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.77 | 12,310.63 |
| 04/23/12 | 1004 | WIPFLI LLP | PYMT OF INVOICE 643148 CLIENT #402731 | 3410-000 | | 1,610.50 | 10,700.13 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,675.13 |
| 06/11/12 | 1005 | BERNARD J. NATALE | Dividend paid 100.00% on $1,492.89, Trustee Compensation;  Reference: | 2100-000 | | 1,492.89 | 9,182.24 |
| 06/11/12 | 1006 | Office of the United States Trustee | Distribution paid 100.00% on $650.00; Claim# 16; Filed: $650.00; Reference: 3293 | 5800-000 | | 650.00 | 8,532.24 |
| 06/11/12 | 1007 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 8,532.24 | 0.00 |
| | | | Dividend paid 100.00%    8,459.72 on $8,459.72;  Claim# ATTY; Filed: $9,458.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%    72.52 on $72.52;  Claim# EXP; Filed: $72.52 | 3120-000 | | | 0.00 |

Subtotals :    $0.54    $12,815.98

{} Asset reference(s)

Printed: 07/23/2012 04:08 PM    V.13.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-73293 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | NORD, DENNIS L. | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******35-65 - Checking Account |
| **Taxpayer ID #:** | **-***7547 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 07/23/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **12,828.11** | **12,828.11** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **12,828.11** | **12,828.11** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,828.11** | **$12,828.11** | |

Net Receipts : 12,828.11
_____
Net Estate : $12,828.11

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******35-65** | 12,828.11 | 12,828.11 | 0.00 |
| | **$12,828.11** | **$12,828.11** | **$0.00** |